No. 72–5293. Carter v. United States Court of Appeals for the Fifth Circuit. Motion for leave to file petition for writ of mandamus denied. Motion for leave to proceed *in forma pauperis* granted. Treating the papers submitted as a petition for writ of certiorari, certiorari granted and case remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of the memorandum for respondent filed by the Solicitor General in this Court on December 19, 1972.

No. 72–5391. Jackson v. Georgia. Sup. Ct. Ga. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated insofar as it leaves undisturbed the death penalty imposed, and case remanded for further consideration in light of *Stewart* v. *Massachusetts*, 408 U. S. 845 (1972).

No. 40, Orig. Pennsylvania v. New York et al., 407 U. S. 206. Supplemental report of Special Master received and ordered filed. Exceptions, with supporting briefs, may be filed within 30 days.

No. 71–1031. Tonasket v. Washington et al. Appeal from Sup. Ct. Wash. [Probable jurisdiction noted, 407 U. S. 908.] Motion of appellant for order requiring briefs upon issue of jurisdiction denied.

No. 71–1553. Gilligan, Governor of Ohio, et al. v. Morgan et al. C. A. 6th Cir. [Certiorari granted, *ante*, p. 947.] Motion of Law Revision Center for leave to file a brief as *amicus curiae* granted.